1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   SCOTT J. BORROWMAN, CSBN 241021
4  Special Assistant United States Attorney

5      Social Security Administration
       160 Spear Street, Suite 800
6      San Francisco, CA  94105
       Telephone: 415-977-8942
7      Facsimile: 415-744-0134
       E-Mail: scott.borrowman@ssa.gov
8
   Attorneys for Defendant
9
              UNITED STATES DISTRICT COURT
10            CENTRAL DISTRICT OF CALIFORNIA
11                  WESTERN DIVISION
12
13 JACQUELINE ANN HERDT,        )  Case No. 12-cv-6619-JEM
                                )
       Plaintiff,               )  [**PROPOSED**]
14                              )  **JUDGMENT OF REMAND**
       v.                       )
15                              )
   MICHAEL J. ASTRUE,           )
16 Commissioner of Social Security, )
                                )
17     Defendant.               )
                                )
18 _____)

19     The Court having approved the parties' Stipulation to Voluntary Remand
20 Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment
21 ("Stipulation for Remand") lodged concurrently with the lodging of the within
22 Judgment of Remand,
23     **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the
24 above-captioned action is remanded to the Commissioner of Social Security for
25 further proceedings consistent with the Stipulation for Remand.
26
27 DATE:  January 3, 2013
                    _____/s/John E. McDermott_____
28                  THE HONORABLE JOHN E. MCDERMOTT
                    UNITED STATES MAGISTRATE JUDGE