IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, JACQUELINE ANN HERDT

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JACQUELINE ANN HERDT, <br><br> Plaintiff, <br> vs. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendants. | Case No.: CV 12-6619 DDP (JEM) <br><br> [~~PROPOSED~~] ORDER AWARDING EAJA FEES <br><br><br> HON. JOHN E. MCDERMOTT <br><br> UNITED STATES MAGISTRATE JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of TWO THOUSAND EIGHT HUNDRED DOLLARS ($2,800.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: January 14, 2013

*/s/John E. McDermott*_____
HON. JOHN E. MCDERMOTT
U.S. MAGISTRATE JUDGE